UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE JUDGE NO. 2:13-MJ-00867-1 |
| | § | |
| ENRIQUE SANCHEZ | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) There is a serious risk that the defendant will not appear; and

(2) There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant is substantial. The defendant was driving the van containing the undocumented aliens, and he tried to flee twice when the traffic stop was made. The findings and conclusions contained in the Pretrial Services Report are adopted as the court's own. The defendant has made inconsistent statements about where he was born, and his citizenship is still unconfirmed. The defendant failed to appear in court in a state-court felony, and after being placed on probation, he was unable to comply with the conditions of his probation. The defendant has demonstrated that he is either unwilling or unable to comply with court-ordered conditions of release. Moreover, the defendant has been identified as a gang member. He is a poor bond risk.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 25th day of July, 2013.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE